COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Horaces Bridges v. Lannette Linthicum

Appellate case number:   01-18-00262-CV

Trial court case number: 79222-I

Trial court:             412th District Court of Brazoria County

Appellant filed an affidavit of inability to pay costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant's has also filed a statement of inability to afford costs in this Court. We construe appellant's filing as his communication that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

It is further **ORDERED** that the district clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 34.5(a); TEX. R. CIV. P. 145.

It is further **ORDERED** that the district clerk provide a complete copy of the clerk's record to appellant without charge. *See* TEX. R. CIV. P. 145.

Appellant's brief is **ORDERED** to be filed with this Court within 30 days after the date the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: ____/s/ Sherry Radack____
          ☒ Acting individually     ☐ Acting for the Court

Date: ___December 4, 2018___